(April 4, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK, v JUAN C. SERNA, Defendant—Motion for extension of time to take appeal, pursuant to CPL 460.30 denied on the ground that the motion papers do not allege facts constituting a legal basis for the motion *(see,* CPL 460.30 [4]). Mahoney, P. J., Main, Casey, Mikoll and Harvey, JJ., concur.